IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DARNELL RASHAD HILL,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:22-CV-311-L** |
| **CONGREGATIONAL SECURITY, INC.,** | § § § § | |
| Defendant. | § § | |

# JUDGMENT

This judgment is issued pursuant to the court's orders, dated January 16, 2023, and January 31, 2023. It is, therefore, **ordered, adjudged, and decreed** that this action and all claims asserted by Plaintiff Darnell Rashad Hill ("Plaintiff") against Defendant Congregational Security, Inc. are **dismissed without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) as a result of Plaintiff's failure to prosecute and comply with two court orders.

**Signed** this 31st day of January, 2023.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**